FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 2 3 2024

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.



JONAS MARTINEZ,
A/K/A "JONNI BISCAYNE,"
A/K/A "JONNI MIAMI"

Criminal Indictment

No. 1:24-cr-134

UNDER SEAL

THE GRAND JURY CHARGES THAT:

## COUNT ONE





## COUNT TWO



## COUNT THREE

Beginning on a date unknown, but at least as of in or about July 2019, and continuing until in or about November 2021, in the Northern District of Georgia, the Republic of Colombia, and elsewhere, the defendants,



JONAS MARTINEZ,
A/K/A "JONNI BISCAYNE,"
A/K/A "JONNI MIAMI,"

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Sections 1956 and 1957, as follows:

- to knowingly conduct and attempt to conduct financial transactions in and affecting interstate and foreign commerce, which transactions involved proceeds of a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, and that, while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i),

- to transport, transmit, and transfer, and attempt to transport, transmit, and transfer funds and a monetary instrument from a place in the United States to and through a place outside of the United States, that is, the Republic of Colombia, with the intent to promote the carrying on of a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, in violation of Title 18, United States Code, Section 1956(a)(2)(A),

- to knowingly engage and attempt to engage in monetary transactions affecting interstate and foreign commerce by and through a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, in violation of Title 18, United States Code, Section 1957,

all in violation of Title 18, United States Code, Section 1956(h).

## COUNT FOUR



5

## COUNT FIVE



## FORFEITURE PROVISION

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of said violations, including but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense alleged in Counts One and Two of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Three through Five of this Indictment, the defendants,



JONAS MARTINEZ,
A/K/A "JONNI BISCAYNE,"
A/K/A "JONNI MIAMI,"

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offenses, or any property traceable to such property, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offenses alleged in Counts Three through Five of this Indictment.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A _True_ BILL

_/s/ Perry Heworth_
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

_/s/ Amy M. Palumbo_
AMY M. PALUMBO
Assistant United States Attorney
Georgia Bar No. 615124

SANDRA STRIPPOLI
Assistant United States Attorney
Georgia Bar No. 688565

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000